RECEIVED

2006 JUL 13 P 2:55

# IN THE UNITED STATE DISTICT COURT

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Bishop William D. Paul**
**Petitioner**

vs.

2:06mc 3329-WKW

**UNITED STATES**
**Respondent**

## PETITION TO QUASH SUMMONS

**COMES NOW**, the Petitioner, by and through Pro'se William D. Paul has Petitioned the court to Quash all Summons reason being:

1.   Jurisdiction-The United States district court for which this Petition to Quash Summons are filed is the district within which the person to summoned resides.

2.   The Names and address of the entities to whom the notices are directed

    a.) Amsouth Bank
        P.O. Box 11007, Birmingham Alabama 35288
    b.) Bern Butler Capilouto and Massey, P.C.
        4137 Carmichael Road, Montgomery, Alabama 36106
    c.) MacNeice Economic Development EIN: 63-1280566,
        500 Arba Street, Montgomery, Alabama 36101
    d.) PDI Ministries
        500 Arba Street, Montgomery, Alabama 36101
    e.) PDI Faith Based Initiative Veterans Repair, Inc. EIN: 30-0159759
        500 Arba Street, Montgomery, Alabama 36101
    f.) PDI Real Estate, Inc. EIN: 63-1278631
        500 Arba Street, Montgomery, Alabama 36101
    g.) Peoples Bank and Trust Company
        Post Office Box 799, Selma, Alabama 36702-0799
    h.) Regions Bank
        Post Office Box 681, Birmingham, Alabama 35201
    i.) Rheumatology Specialist Arthritis and Osteoporosis Center, Inc EIN: 20-0983204
        500 Arba Street, Montgomery, Alabama 36101

1



j.) Rheumatology Specialist of Central Alabama  38-3659982
500 Arba Street, Montgomery, Alabama 36101

k.) Pro Associates Inc. EIN: 16-1648091
500 Arba Street, Montgomery, Alabama 36101

3. The above entities records or testimony sought by the summons are attached.

4. The legal argument supporting the relief requested are:

a,) The entities record or testimony sought by the summons issued are **currently in** litigation in the above court and with out a final order, the order is pending.

The cases numbers are: CIVIL ACTION NO Donna M. Paul v. United States of America 2:06mc3293MHT and CIVIL ACTION NO  2:06mc3292 MHT William D. Paul v. United States of America (MAG+)

b.) The organizations below that are summons are religious or do not exist or status of limitation have expired or have the wrong address or have not been served correctly:

*In active*: **MacNeice Economic Development EIN: 63-1280566**, is a 501 (c) 3 tax-exempt organization that was administrate dissolved and do not have a board of directors. The organization do not operate out of 500 Arba Street, Montgomery, Alabama 36101

*Active:*  PDI Ministries, Inc. is a religious organization, incorporated in the State of Alabama .

### ARGUMENT 1.
**The First Amendment of the United States Constitution read as follows:**

*"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the government for a redress of grievance."*

### ARGUMENT 2.
*Universal Life Church, Inc vs United States, 372 F.*

2

*Supp. 700, 776 (ED. Cal (1974)*
``Neither this court nor any branch of this government will consider the merits or fallacies of a religion. Nor will the court compare the beliefs, dogmas, an practice a newly organized religion with those of any older, more established one. Nor will the court praise or condemn a religion, however, excellent or fanatical or preposterous it may seem. Were the court to do so, it would impinge upon the guarantees of the First Amendment.''

Judge Brattin for the Eastern District of California;

## IRS POLICIES REGARDING RELIGIOUS ORGANIZATIONS:

1. <u>Explanation: Under 6033, A church or religious order has complete immunity to disclosure. It is not necessary for you to maintain records of any kind except for your own purpose and reasons.</u>

2. Section 6033(a) exempts religious organizations from the need for filing returns of any kind.

3. Section 6033(a) (2) (A) Mandatory Exceptions Paragraph (1) shall not apply to –(i) churches.

4. Section 6033 (a) (2) (A) (1) provides for mandatory exceptions to filing requirements for religious organizations and states that filing requirements shall not apply to ``church'', their integrated auxiliaries, and conventions or associations of churches.

5. Section 6033 (a)(2) (iii) exempts as well ``the exclusive religious activities of any religious order''.

6. CODE 6933 (b) (1)- No return shall be required under this subsection from churches, their integrated auxiliaries, conventions or associations of churches. REG. 1, 6043-3- Returns regarding liquidation, termination or substantial Contraction or organization exempt from taxation under 501 (a), (Vol.3 no,325).

7. Reg. 1. 6043-3(b)- Exceptions. The following organizations are not required to file the return described in paragraph (a) of this Section.

8. Reg. 1. 6043-3(b)(1)- Churches, their auxiliaries, or conventions or association of churches.

**Locations:** 500 Arba Street, Montgomery, Alabama 36101

*In active*: **PDI Faith Based Initiative Veterans Repair, Inc. EIN: 30-0159759**, is a 501 (c) 3 tax-exempt organization and currently without a board of directors. The located is not at 500 Arba Street, Montgomery, Alabama 36101

3

*Dissolved:* **PDI Real Estate, Inc. EIN: 63-1278631** dissolved nearly four (4) years ago. The located is not at 500 Arba Street, Montgomery, Alabama 36101

*Dissolved:* **Rheumatology Specialist of Central Alabama  38-3659982** The organization was administrated dissolved three (3) years ago and without a board of directors. The organization was located at 242 Winton Blount loop off of Taylor road in Montgomery, Al. not 500 Arba Street, Montgomery, Alabama 36101.

*Dissolved:* **Pro Associates Inc. EIN:  16-1648091 has never been located at** 500 Arba Street, Montgomery, Alabama 36101. The location 242 Winton Blount Loop in Montgomery, Al. The organization was dissolved nearly three (3)years ago. The organization do not have a board of director.

Dated this 13th day of July, 2006

_____
Bishop William D. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383

4

## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:
  a.) Amsouth Bank
     P.O. Box 11007, Birmingham Alabama 35288
  b.) Bern Butler Capilouto and Massey, P.C.
     4137 Carmichael Road, Montgomery, Alabama 36106
  c.) MacNeice Economic Development EIN: 63-1280566,
     500 Arba Street, Montgomery, Alabama 36101
  d.) PDI Ministries
     500 Arba Street, Montgomery, Alabama 36101
  e.) PDI Faith Based Initiative Veterans Repair, Inc. EIN: 30-0159759
     500 Arba Street, Montgomery, Alabama 36101
  f.) PDI Real Estate, Inc. EIN: 63-1278631
     500 Arba Street, Montgomery, Alabama 36101
  g.) Peoples Bank and Trust Company
     Post Office Box 799, Selma, Alabama 36702-0799
  h.) Regions Bank
     Post Office Box 681, Birmingham, Alabama 35201
  i.) Rheumatology Specialist Arthritis and Osteoporosis Center, Inc EIN: 20-0983204
     500 Arba Street, Montgomery, Alabama 36101
  j.) Rheumatology Specialist of Central Alabama  38-3659982
     500 Arba Street, Montgomery, Alabama 36101
  k.) Pro Associates Inc. EIN:  16-1648091
     500 Arba Street, Montgomery, Alabama 36101
  l.) Larry J. Ellis, Officer,Internal Revenue Service
     1285 Carmichael Way, Montgomery, AL 36106
  m.) United State of America- R. Randolph Neeley
     Assistant United States Attorney
     Post Office Box 197
     Montgomery, AL 36101-0197

by depositing a copy of the same in the U.S. Mail, postage prepaid this the 13th day of July, 2006.

Bishop William D. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383

5