# Summons

f WILLIAM D. PAUL  SSN: 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;  DONNA M. PAUL  SSN: 420-88-

ue Service (Division):  Criminal Investigation

(name or number):  N/A

2002, 2003, 2004 and 2005

The Commissioner of Internal Revenue

gy Specialist Arthritis and Osteoporosis Center   EIN: 20-0983204

reet, Montgomery, Alabama

mmoned and required to appear before  S/A Larry J. Ellis
ernal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers,
lating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the
nforcement of the internal revenue laws concerning the person identified above for the periods shown.

IENT.

### Attestation

hereby certify that I have examined and compared this copy of the summons with the original
nd that it is a true and correct copy of the original.

_____          _Special Agent_
Signature of IRS officer serving the summons          Title

ress and telephone number of IRS officer before whom you are to appear:
l Way, Montgomery, AL 36106   (334) 290-4025

e for appearance at 1285 Carmichael Way, Montgomery, AL 36106   (334) 290-4025

on the __23__ day of __August__ 2006 at __10__ o'clock __a__ m.
                                              (year)
Issued under authority of the Internal Revenue Code this __13__ day of __July__, __2006__.
                                                                                  (year)

_____          Special Agent
Signature of issuing officer          Title

                                      N/A



# Summons

In the matter of WILLIAM D. PAUL SSN: 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; DONNA M. PAUL SSN: 420-88-
Internal Revenue Service (Division): Criminal Investigation
Industry/Area (name or number): N/A
Periods: 2001, 2002, 2003, 2004 and 2005

### The Commissioner of Internal Revenue

To: Pro Associates Inc.  EIN: 16-1648091
At: 500 Arba Street, Montgomery, Alabama

You are hereby summoned and required to appear before S/A Larry J. Ellis an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____         _____
Signature of IRS officer serving the summons         Special Agent
                                                      Title

Business address and telephone number of IRS officer before whom you are to appear:
1285 Carmichael Way, Montgomery, AL 36106   (334) 290-4025

Place and time for appearance at 1285 Carmichael Way, Montgomery, AL 36106   (334) 290-4025

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the 23 day of August 2006 at 10 o'clock a m.
Issued under authority of the Internal Revenue Code this 13 day of July, 2006.

_____         Special Agent
Signature of issuing officer                Title

_____         N/A
Signature of approving officer (if applicable)    Title

Part A - to be given to person summoned

# Summons

In the matter of WILLIAM D. PAUL SSN: 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; DONNA M. PAUL SSN: 420-88-
Internal Revenue Service (Division): Criminal Investigation
Industry/Area (name or number): N/A
Periods: 2001, 2002, 2003, 2004 and 2005

## The Commissioner of Internal Revenue

To: MacNeice Economic Development   EIN: 63-1280566
At: 500 Arba Street, Montgomery, Alabama

You are hereby summoned and required to appear before S/A Larry J. Ellis an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT.

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_signature_   _Special Agent_
Signature of IRS officer serving the summons / Title

Business address and telephone number of IRS officer before whom you are to appear:
1285 Carmichael Way, Montgomery, AL 36106   (334) 290-4025

Place and time for appearance at 1285 Carmichael Way, Montgomery, AL 36106   (334) 290-4025

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the 23 day of August 2006 at 10 o'clock a m.
Issued under authority of the Internal Revenue Code this 13 day of July, 2006.

_signature_   Special Agent
Signature of issuing officer / Title

_signature_   N/A
Signature of approving officer (if applicable) / Title

Part A - to be given to person summoned

# Summons

In the matter of WILLIAM D. PAUL  SSN: 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; DONNA M. PAUL  SSN: 420-88-_____
Internal Revenue Service (Division): Criminal Investigation
Industry/Area (name or number): N/A
Periods: 2001, 2002, 2003, 2004 and 2005

**The Commissioner of Internal Revenue**

To: PDI Faith Based Initiative Veterans Repair, Inc.  EIN: 30-0159759
At: 500 Arba Street, Montgomery, Alabama

You are hereby summoned and required to appear before S/A Larry J. Ellis an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT.

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____           Special Agent
Signature of IRS officer serving the summons           Title

Business address and telephone number of IRS officer before whom you are to appear:
1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

Place and time for appearance at 1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___2__ day of August, 2006 at 10 o'clock a m.
Issued under authority of the Internal Revenue Code this 13 day of July, 2006.

_____           Special Agent
Signature of issuing officer                 Title

_____           N/A
Signature of approving officer (if applicable)   Title

Part A - to be given to person summoned



# Summons

In the matter of WILLIAM D. PAUL SSN: 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; DONNA M. PAUL SSN: 420-88-
Internal Revenue Service (Division): Criminal Investigation
Industry/Area (name or number): N/A
Periods: 2001, 2002, 2003, 2004 and 2005

## The Commissioner of Internal Revenue

To: PDI Faith Based Initiative Veterans Repair, Inc. EIN: 30-0159759
At: 500 Arba Street, Montgomery, Alabama

You are hereby summoned and required to appear before S/A Larry J. Ellis an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_Signature of IRS officer serving the summons_    Title: Special Agent

Business address and telephone number of IRS officer before whom you are to appear:
1285 Carmichael Way, Montgomery, AL 36106   (334) 290-4025

Place and time for appearance at 1285 Carmichael Way, Montgomery, AL 36106   (334) 290-4025

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___2___ day of August, 2006 at 10 o'clock a.m.
Issued under authority of the Internal Revenue Code this 13 day of July, 2006.

_Signature of issuing officer_    Special Agent — Title
_Signature of approving officer (if applicable)_    N/A — Title

Part A - to be given to person summoned



# Summons

In the matter of WILLIAM D. PAUL SSN: 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; DONNA M. PAUL SSN: 420-88-__
Internal Revenue Service (Division): Criminal Investigation
Industry/Area (name or number): N/A
Periods: 2001, 2002, 2003, 2004 and 2005

**The Commissioner of Internal Revenue**

To: PDI Real Estate, Inc.  EIN: 63-1278631
At: 500 Arba Street, Montgomery, Alabama

You are hereby summoned and required to appear before S/A Larry J. Ellis an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT.

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____        _____
Signature of IRS officer serving the summons        Special Agent
                                                    Title

Business address and telephone number of IRS officer before whom you are to appear:
1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

Place and time for appearance at 1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the 23 day of August, 2006 at 10 o'clock a m.
Issued under authority of the Internal Revenue Code this 13 day of July, 2006.

_____        Special Agent
Signature of issuing officer                Title

_____        N/A
Signature of approving officer (if applicable)    Title

Part A - to be given to person summoned