IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| WILLIAM D. PAUL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:06-mc-3329WKW |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

It is hereby ORDERED that, pursuant to 28U.S.C. § 636(b)(1), this case is referred to the Honorable Susan Russ Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 3rd day of November, 2006.

                                                /s/   W.  Keith Watkins
                                                UNITED STATES DISTRICT JUDGE