IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. PAUL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06mc3329-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that petitioner is DIRECTED to show cause, on or before December 11, 2006, why this action should not be dismissed for his failure to effect service on the United States within 120 days as required by Fed. R. Civ. P. 4(m).[1]  Plaintiff is advised that, if he fails to respond to this order, or to comply with any order of the court, this action may be dismissed.

It is further ORDERED that the Clerk is DIRECTED to provide a copy of this order to the United States Attorney for this district.

DONE, this 29th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] In a separate action, plaintiff was previously advised of the requirements of service on the United States and of the time allowed for service under Rule 4.  See Case No. 2:06mc3292-WKW.