# IN THE UNITED STATES DISTRICT COURT

**RECEIVED**
2006 DEC 11  P 1:53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Bishop William D. Paul**

**Petitioner**

CIVIL ACTION NO
2:06mc3329-WKW

**vs.**

**UNITED STATES**
**Respondent**

### MOTION: SHOW CAUSE FOR ACTION SHOULD NOT BE DISMISSED.

**COMES NOW**, the Petitioner, by and through Pro'se Bishop William D. Paul, has filed a **MOTION: SHOW CAUSE FOR ACTION SHOULD NOT BE DISMISSED**, reason being:

1. Respondent, United States has been served by <u>CERTIFICATE OF SERVICES</u>

I have served a copy of the foregoing upon:

R. Randolph, Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

Larry J. Ellis, Officer & Secretary
Internal Revenue Service
1285 Carmichael Way, Montgomery, AL 36106, by depositing a copy of the same in the U.S. Mail, postage prepaid.

Therefore, the ~~Respondent~~ Petitioner request of the court to granted, not to dismiss.

Dated this 11th day of December, 2006.

William D. Paul, Paul,
Prose & Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383

1

## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:
R. Randolph
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

By depositing a copy of the same in the U.S. Mail, postage prepaid this the 11th day of December, 2006.

_____
Bishop William D. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383