IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. PAUL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06mc3329-WKW |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the prior proceedings, opinions and orders of the Court, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. This action is hereby DISMISSED without prejudice; and

2. Costs are taxed against the petitioner, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done, this 2nd day of February, 2007.

                                           /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE